TIMOTHY J. LEPORE (SBN 13908)
ROPERS, MAJESKI, KOHN & BENTLEY
3753 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169
Telephone: (702) 954-8300
Facsimile: (213) 312-2001
Email: timothy.lepore@rmkb.com

Attorneys for Defendant
PARAMOUNT EQUITY MORTGAGE, LLC
dba LOANPAL

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DONALD SULLIVAN,<br><br>  Plaintiff,<br><br>v.<br><br>PARAMOUNT EQUITY MORTGAGE, LLC dba LOANPAL,<br><br>  Defendant. | Case No. 2:19-cv-00567-APG-BNW<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

Defendant Paramount Equity Mortgage, LLC dba Loanpal (hereinafter "Loanpal"), by and through its counsel, Timothy J. Lepore of Ropers Majeski Kohn & Bentley, and Plaintiff Donald Sullivan ("Plaintiff"), by and through his counsel, Michael Kind of Kazerouni Law Group, APC, hereby stipulate and agree as follows:

1. On April 4, 2019, Plaintiff filed his Complaint in the United District Court, Central District of Nevada, naming Loanpal as a defendant.

2. On April 5, 2019, this Court issued Summons for Loanpal, directing Loanpal to respond to the Compliant within 21 days after service of the Complaint and Summons.

3. On April 17, 2019, Plaintiff caused for a process server to serve the Complaint and Summons on Loanpal's registered agent. As a result, according to

Rule 12 of the Federal Rules of Civil Procedure, Loanpal's last day to respond to Plaintiff's Complaint is May 8, 2019.

4. The parties subsequently entered into settlement negotiations in an attempt to bring this matter to resolution before engaging in protracted litigation.

5. Accordingly, Plaintiff and Loanpal have stipulated that Loanpal's last day to file a responsive pleading or motion to Plaintiff's Complaint is June 19, 2019.

**IT IS SO STIPULATED.**

Dated: May 21, 2019                     ROPERS, MAJESKI, KOHN & BENTLEY

By: /s/ *Timothy J. Lepore*
   TIMOTHY J. LEPORE
   Attorneys for Defendant
   PARAMOUNT EQUITY MORTGAGE, LLC
   dba LOANPAL

Dated: May 21, 2019                     KAZEROUNI LAW GROUP, APC

By: /s/ *Michael Kind*
   MICHAEL KIND
   Attorneys for Plaintiff
   DONALD SULLIVAN

**IT IS SO ORDERED**: Defendant Loanpal's last day to file a responsive pleading or motion to Plaintiff's Complaint is June 19, 2019.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: May 22, 2019

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of May, 2019, I served a true and correct copy of the foregoing **STIPULATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT (FIRST REQUEST)** via the Court's CM/ECF electronic filing and service system to all parties on the current service list.

/s/ *Peggy Kurilla*
Peggy Kurilla, an employee of
ROPERS, MAJESKI, KOHN & BENTLEY