TIMOTHY J. LEPORE (SBN 13908)
ROPERS, MAJESKI, KOHN & BENTLEY
3753 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169
Telephone:  (702) 954-8300
Facsimile:  (213) 312-2001
Email:  timothy.lepore@rmkb.com

Attorneys for Defendant
PARAMOUNT EQUITY MORTGAGE, LLC
dba LOANPAL

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DONALD SULLIVAN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>PARAMOUNT EQUITY MORTGAGE, LLC<br>dba LOANPAL,<br><br>　　　　Defendant. | Case No. 2:19-cv-00567-APG-BNW<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Plaintiff Donald Sullivan and Defendant Paramount Equity Mortgage, LLC dba Loanpal hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice in accordance with the Federal Rules of Civil Procedure, Rule 41(a)(1)(ii), with each party bearing its own attorney's fees, disbursements, and costs of suit.

DATED this 12th day of September, 2019

| ROPERS, MAJESKI, KOHN & BENTLEY | KAZEROUNI LAW GROUP, APC |
|---|---|
| By: /s/ *Timothy J. Lepore*<br>　TIMOTHY J. LEPORE<br>　Attorneys for Defendant<br>　PARAMOUNT EQUITY MORTGAGE,<br>　LLC dba LOANPAL | By: /s/ *Michael Kind*<br>　MICHAEL KIND<br>　Attorneys for Plaintiff<br>　DONALD SULLIVAN |

# **CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of September, 2019, I served a true and correct copy of the foregoing **STIPULATION FOR DISMISSAL WITH PREJUDICE** via the Court's CM/ECF electronic filing and service system to all parties on the current service list.

/s/ *Peggy Kurilla*
Peggy Kurilla, an employee of
ROPERS, MAJESKI, KOHN & BENTLEY